Commonwealth ex rel. Cobb, Appellant, *v.*
Myers.

Submitted March 19, 1964. *Arthur W. Cobb, Jr.,* appellant, in propria persona; *Richard A. Devlin,* Assistant District Attorney, and *Richard S. Lowe,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Cole, Appellant, *v.*
Russell.

Submitted March 18, 1964. *James A. Cole,* appellant, in propria persona; *Eugene G. Kitko,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Currier, Appellant, *v.*
Russell.

Submitted March 17, 1964. *Leonard J. Currier,* appellant, in propria persona; *John R. Graham,* Assistant District Attorney, for appellee.

Order affirmed.